# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

IN RE: CHAD N. DENNIE )
ATTORNEY AT LAW, BAR NO. 8789 )
) Case No.: 2:18-ms-00114
)
) **ORDER OF DISBARMENT**
)

Attorney Chad N. Dennie, Nevada Bar No. 8789, was disbarred by the Nevada Supreme Court pursuant to the Order of Disbarment filed July 5, 2019. On July 29, 2019, this Court Entered an Order to Show Cause, mailed to the last known address of attorney Chad N. Dennie, at 228 S. Fourth Street, Las Vegas, NV 89101. However, the Order to Show Cause was returned from the United States Postal Service marked "Return to Sender; Attempted; Not Known." The Order to Show Cause provided Mr. Dennie with 30 days to respond with reasons why he should not be disbarred from the practice of law in this Court. No response has been received from Mr. Dennie. Failure to respond within 30 days warrants an Order of Disbarment. *See* LR IA 11-7.

It is therefore ordered that Chad N. Dennie, Nevada Bar No. 8789 is disbarred from practicing before this Court pursuant to Local Rule IA 11-7(f)(1).

DATED THIS 6th day of September 2019.

_____
Miranda M. Du, Chief Judge
United States District Court

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of United States District Court, and that on this 6th day of September 2019, I caused to be served a true and correct copy of the foregoing Order to Show Cause to the following parties via Certified Mail, Return Receipt Requested via the United States Postal Service, in a sealed envelope, postage prepaid, to the following:

>Chad N. Dennie
>228 S. Fourth Street
>Las Vegas, NV 89101

Certified Mail No.:   7019 0700 0001 7574 6147

>/s/ Lorena Q.
>Deputy Clerk
>United States District Court,
>District of Nevada